UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GIA-GMI, LLC )
a Florida limited liability company )
11587 San Jose Blvd. )
Jacksonville, Florida 32223 )
                                   Plaintiff, )
v. )
GMI CAPITAL CORPORATION )
a Delaware corporation )
3 Twin Dolphin Drive, Suite 250 )
Redwood City, California 94065 )
                                Defendant. )

Case: 1:07-mc-00154
Assigned To : Robertson, James
Assign. Date : 4/23/2007
Description: GIA-GMI V GMI CAPITOL CORP.

(Case No.: 3:05-CV-300-J-Z0TEM in the U.S. District Court for the Middle District of Florida)

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE U. S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Plaintiff GIA-GMI, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of GIA-GMI, LLC which have any outstanding securities in the hands of the public.

None.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: April 20, 2007

FOLEY & LARDNER LLP

_/s/_____
C. Edward Polk, Jr., D.C. Bar #472453
3000 K Street, Suite 500
Washington, D.C. 20007
Telephone   202-672-5300
Facsimile     202-672-5399

WASH_1857886.1