```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


GIA-GMI, LLC,                       :
                                    :
        Plaintiff,                  :
                                    :
     v.                             :   Misc. Action No. 07-0154 (JR)
                                    :
GMI CAPITAL CORPORATION,            :
                                    :
        Defendant.                  :
```

### ORDER

No response having been filed to plaintiff's motion to enforce a subpoena issued from this Court to Alan M. Dunn, it is **ORDERED** that Alan M. Dunn **show cause within ten days of the service of this order upon him** why he should not be held in contempt pursuant to Fed.R.Civ.P. 45(e); and it is **FURTHER ORDERED** that plaintiff serve this order upon Alan M. Dunn and file proof of service in the docket of this Court.

```
                                        JAMES ROBERTSON
                                   United States District Judge
```