IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIA-GMI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. Action No. 07-0154 (JR) |
| | ) |
| GMI CAPITAL CORPORATION | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

Pursuant to this Court's Order, dated May 18, 2007, Alan M. Dunn has been served on this day with the Order to Show Cause via FedEx at the following address: 2100 M. Street N.W., Suite 200, Washington, DC 20037.  Counsel for GMI Capital Corporation has also been served via email at the following address: sloan@iramarcuspa.com and via FedEx at the following address: Ira Marcus and Sloan Carr, Ira Marcus, P.A., 1313 South Andrews Avenue, Ft. Lauderdale, FL 33316

Dated:   May 18, 2007

Respectfully submitted,

/s/

C. Edward Polk, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300

*Attorney for Plaintiff GIA-GMI, LLC.*