UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GIA-GMI, LLC**
a Florida limited liability company,
11587 San Jose Blvd.
Jacksonville, Florida 32223

      Plaintiff,

v.                                                               Civil Action No. 1:07-mc-00154 (JR)

**GMI CAPITAL CORPORATION**,
a Delaware corporation,
3 Twin Dolphin Drive, Suite 250
Redwood City, California 94065

      Defendant.

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), C. Edward Polk, Jr., counsel for GIA-GMI, LLC in this matter, and a member in good standing of the bar of this Court, respectfully moves for admission of Jeremy J. Edwards *pro hac vice* as counsel for Plaintiff.

1. Mr. Edwards acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice*. Mr. Edwards has not been admitted *pro hac vice* to this court within the last two years and has not been disciplined by any bar.

2. Mr. Edwards is an active member in good standing of the bar of the District of Columbia. Mr. Edwards is also an active member of the bar of Maryland.

3. In accordance with Local Rule 7(c), a proposed order is attached hereto.

WASH_1880184.1

WHEREFORE, C. Edward Polk, Jr. respectfully requests that this Court admit Jeremy J. Edwards *pro hac vice* for the purposes of appearing as counsel for GIA-GMI, LLC in this case.

Respectfully submitted,

By: _____
C. Edward Polk, Jr.
DC Bar No. 472453
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202-672-5300
202-672-5399 (facsimile)

Dated: May 22, 2007

Dated: May 22, 2007

Respectfully submitted,

_____
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202.672.5300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GIA-GMI, LLC**
a Florida limited liability company,
11587 San Jose Blvd.
Jacksonville, Florida 32223

      Plaintiff,

v.                                                                   Civil Action No. 1:07-mc-00154 (JR)

**GMI CAPITAL CORPORATION,**
a Delaware corporation,
3 Twin Dolphin Drive, Suite 250
Redwood City, California 94065

      Defendant.

## DECLARATION OF JEREMY JON EDWARDS
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jeremy Jon Edwards, hereby declare and state as follows:

1. I am one of the attorneys for plaintiff GIA-GMI, LLC. I am a resident of the Commonwealth of Virginia. I desire to be admitted *pro hac vice* in the above matter.

2. I am an associate with the law firm of Foley & Lardner LLP and work in our D.C. offices located at 3000 K Street, N.W., Suite 500, Washington, D.C. 20007-5109 where my phone number is (202) 295-4060.

3. I am admitted to the bar of the District of Columbia and the bar of Maryland. I am a member in good standing of these bars.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and I have not been disciplined in any bar.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

WASH_1880202.1

6. I engage in the practice of law from the Foley & Lardner LLP office located in the District of Columbia at 3000 K Street, N.W., Suite 500 and am a member of the District of Columbia Bar.

Executed on May 22, 2007 in Washington, DC.

I declare under penalty of perjury that the foregoing is true and accurate.

*/s/ Jeremy Jon Edwards*
JEREMY JON EDWARDS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GIA-GMI, LLC**
a Florida limited liability company,
11587 San Jose Blvd.
Jacksonville, Florida 32223

      Plaintiff,

v.                                 Civil Action No. 1:07-mc-00154 (JR)

**GMI CAPITAL CORPORATION,**
a Delaware corporation,
3 Twin Dolphin Drive, Suite 250
Redwood City, California 94065

      Defendant.

## PROPOSED ORDER

Upon consideration of the motion and attachment thereto of C. Edward Polk, Jr. (D.C. Bar No. 472453), an active member of the Bar of this Court, for the admission *pro hac vice* of Jeremy J. Edwards, and for good cause shown, it is, this _____ day of _____, 2007,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Jeremy J. Edwards is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

                                                _____
                                                Judge James Robertson,
                                                United States District Court
                                                       for the District of Columbia