UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
GIA-GMI, LLC,                       :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Misc. Action No. 07-0154 (JR)
                                    :
GMI CAPITAL CORPORATION,            :
                                    :
        Defendant.                  :
```

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Jeremy Jon Edwards [6], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                        JAMES ROBERTSON
                                     United States District Judge