UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GIA-GMI, LLC**
a Florida limited liability company,
11587 San Jose Blvd.
Jacksonville, Florida 32223

       Plaintiff,

v.                                           Civil Action No. 1:07-mc-00154 (JR)

**GMI CAPITAL CORPORATION**,
a Delaware corporation,
3 Twin Dolphin Drive, Suite 250
Redwood City, California 94065

       Defendant.

## PLAINTIFF'S MOTION TO CONTINUE ORDER TO SHOW CAUSE

       Plaintiff, GIA-GMI, LLC ("Plaintiff"), moves the Court to continue the Order to Show Cause dated May 18, 2007 for thirty (30) days, in order to allow the parties time to attempt to resolve their disputes regarding the third third-party subpoena duces tecum ("Subpoena") issued to Mr. Alan M. Dunn ("Mr. Dunn"). In support thereof, Plaintiff would show the Court as follows:

       1. After several months of attempting to resolve disputes related to the Subpoena issued to Mr. Dunn with Florida counsel for GMICC and/or Mr. Dunn,[1] Plaintiff ultimately initiated

---

[1] Sloan Carr, Esq., of Ira Marcus, P.A., in Fort Lauderdale, Florida, is counsel of record for GMI Capital Corporation ("GMICC"), in the Florida proceeding from which the Subpoena arose. Although Mr. Carr has not made an appearance on behalf of Mr. Dunn in this proceeding, Mr. Carr coordinated the production of documents by Mr. Dunn in response to the Subpoena, appeared at Mr. Dunn's deposition, prepared the privilege log by which Mr. Dunn withheld the documents at issue in this Motion to Compel, and corresponded with counsel for Plaintiff regarding the issues raised in the Motion to Compel, therefore acting at least as de facto counsel for Mr. Dunn with respect to the Subpoena. Since the filing of this action, Ira Marcus, P.A., has filed a Motion to Withdraw from representation of GMICC in the Florida proceeding, and presumably is no longer acting as counsel for Mr. Dunn with respect to the Subpoena.

this action on April 20, 2007, by filing a Motion to Enforce Subpoena and Compel Production of Documents and Memorandum in Support ("Motion to Compel").

2. The Motion to Compel seeks the Court to Order that Alan M. Dunn comply with the Subpoena and to produce all the responsive documents and/or to provide additional information for a privilege log as to the documents withheld has privileged, as appropriate.

3. On May 18, 2007, and after no response had been filed to Plaintiff's Motion to Compel, the Court issued an Order to Show Cause directing that Mr. Dunn show cause within 10 days of the service of the Order to Show Cause upon him why he should not be held in contempt pursuant to Fed. R. Civ. P. 45(e). The Order to Show Cause also directed Plaintiff to serve the Order to Show Cause on Mr. Dunn and file proof of service in the Court docket. Plaintiff did so serve the Order to Show Cause on Mr. Dunn via federal express delivery on May 18, 2007.

4. Since the issuance of the Order to Show Cause, new counsel for Mr. Dunn located in California contacted counsel for Plaintiff to request that the parties now attempt to resolve the issues raised by the Motion to Compel between themselves without further Court intervention.

5. In a good faith effort to attempt to resolve these issues with minimal additional expense and use of the Court's resources, Plaintiff has agreed to move the Court to continue the Order to Show Cause for thirty (30) days to allow sufficient time for the parties to attempt to work through and resolve the issues raised by the Motion to Compel.

6. The parties anticipate that should they be able to resolve their disputes within such time, then this action will be mooted and thereafter be voluntarily dismissed by Plaintiff.

7. However, if they are not able to resolve their disputes, the continuance of the Order to Show Cause would give Mr. Dunn sufficient time to obtain counsel in Washington, D.C., to appear on his behalf and respond to the Order to Show Cause and Motion to Compel.

8. A proposed Order is attached hereto as Exhibit "A" for the Court's convenience.

WHEREFORE, Plaintiff, GIA-GMI, LLC, respectfully moves the Court to enter an Order continuing the Order to Show Cause dated May 18, 2007 for thirty (30) days from the date of such continuance Order, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: __/s/_____
C. Edward Polk, Jr.
DC Bar No. 472453
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202-672-5300
202-672-5399 (facsimile)

Dated: May 23, 2007

Dated: May 23, 2007                    Respectfully submitted,

__/s/_____
C. Edward Polk, Jr.
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202.672.5300

3

JACK_602919.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following via facsimile and U.S. mail, first-class postage prepaid on May 23, 2007.

Alan M. Dunn
2100 M. Street N.W
Suite 200
Washington, D.C.  20037

      /s/
C. Edward Polk, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GIA-GMI, LLC**
a Florida limited liability company,
11587 San Jose Blvd.
Jacksonville, Florida 32223

      Plaintiff,

v.                                    Civil Action No. 1:07-mc-00154 (JR)

**GMI CAPITAL CORPORATION**,
a Delaware corporation,
3 Twin Dolphin Drive, Suite 250
Redwood City, California 94065

      Defendant.

## **PROPOSED ORDER**

Upon consideration of the Plaintiff's Motion to Continue Order to Show Cause, it is ORDERED:

1. The Motion to Continue Order to Show Cause is GRANTED.

2. The Order to Show Cause issued to Mr. Alan M. Dunn dated May 18, 2007 ("Order to Show Cause") shall be continued for thirty (30) days from the date of this Order.

SO ORDERED this ___ day of _____, 2007.

                                                 Judge James Robertson,
                                                 United States District Court
                                                 for the District of Columbia