UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIA-GMI, LLC
a Florida limited liability company,
11587 San Jose Blvd.
Jacksonville, Florida 32223

       Plaintiff,

v.                                                                     Civil Action No. 1:07-mc-00154 (JR)

GMI CAPITAL CORPORATION,
a Delaware corporation,
3 Twin Dolphin Drive, Suite 250
Redwood City, California 94065

       Defendant.

## ORDER

Upon consideration of the Plaintiff's Third Motion to Continue Order to Show Cause, it is ORDERED:

1. Plaintiff's Third Motion to Continue Order to Show Cause is GRANTED.

2. The Order to Show Cause issued to Mr. Alan M. Dunn dated May 18, 2007 ("Order to Show Cause") shall be continued for an additional twenty (20) days from the date of this Order.

SO ORDERED this 2nd day of August 2007.

_____
James Robertson
United States District Judge

JACK_718364 1