UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GIA-GMI, LLC,                           :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  : Misc. Action No. 07-0154 (JR)
                                        :
GMI CAPITAL CORPORATION,                :
                                        :
        Defendant.                      :

## ORDER

On May 18, 2007, Alan M. Dunn was ordered to show cause within ten days why he should not be held in contempt pursuant to F.R.Civ.P 45(e) for his refusal to attend a deposition or produce documents pursuant to subpoenas. The return date on that order to show cause was continued three times, each time at the motion of plaintiff: on May 24 for 30 days, on June 29 for an additional 30 days, and on August 2, for 20 days from the date of that order.

The third continuance has expired. Plaintiff has not sought another. It appears, accordingly, that plaintiff's petition to enforce subpoena has been abandoned, or perhaps resolved by agreement, and it is accordingly, by the Court *sua sponte* **dismissed**.

                                        JAMES ROBERTSON
                                   United States District Judge